**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| CASSANDRA E. JOHNSTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:24-CV-00071 JAR |
| | ) | |
| ANGELA MESMER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

Before the Court is plaintiff's motion for extension of time to file her amended complaint on a Court-provided form. [ECF No. 8]. Plaintiff seeks until February 10, 2025, or forty (40) days from the date she placed her motion for extension in the prison mailing system at the Women's Eastern Reception Diagnostic Correctional Center (WERDCC), to file her amended complaint. She states that due to the Christmas and New Year's holidays, the law library at WERDCC has been closed for several days and she has been unable to utilize the services in the library to assist her in amending her pleading.

For good cause shown, the Court will grant plaintiff's request for extension to amend her complaint. In amending her pleading, however, plaintiff must remember to comply with all requirements set forth in the Court's December 6, 2024, Memorandum and Order. The Court will Order the Clerk to provide plaintiff with a copy of that Order for her reference.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for extension of time to amend her complaint [ECF No. 8] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail plaintiff a blank Prisoner Civil Rights Complaint Form, as well as a copy of the Court's December 6, 2024, Memorandum and Order [ECF No. 6].

**IT IS FURTHER ORDERED** that plaintiff shall file an amended complaint on the Court-provided form no later than **February 10, 2025**, in accordance with the instructions set forth in the Court's December 6, 2024, Memorandum and Order. Plaintiff is advised that her amended complaint will take the place of her original filing and will be the only pleading that this Court will review.

**IT IS FINALLY ORDERED** that if plaintiff fails to comply with this Order, or the instructions set forth in the December 6, 2024, Memorandum and Order, the Court will dismiss this action, without prejudice, and without further notice.

Dated this 16th day of January, 2025.

_____

JOHN A. ROSS
UNITED STATES DISTRICT JUDGE